AO91 (Rev. 12/03)  Criminal Complaint                                                                AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas McAllen Division

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br> vs. | **CRIMINAL COMPLAINT** <br> Case Number: 7:19-po-06357 |

Jorge Misael BUESO-Banegas
IAE
Honduras 2000

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **April 17, 2019** in **Hidalgo** County, in the **Southern District Of Texas** defendant(s) did, **Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

**Jorge Misael BUESO-Banegas was encountered by Border Patrol Agents near Hidalgo, Texas on April 17, 2019. When questioned as to his citizenship, defendant stated that he was a citizen and national of Honduras, who had entered the United States illegally on April 17, 2019 by rafting across the Rio Grande River near the Hidalgo, Texas Port of Entry.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/ Meador, Kellen  Border Patrol Agent
Signature of Complainant

Meador, Kellen   Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

April 19, 2019                                                           at      McAllen, Texas
Date                                                                                  City/State

Peter E Ormsby          U.S. Magistrate Judge
Name of Judge          Title of Judge                                        Signature of Judge